UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
2018 AUG 16 P 3:35
US MARSHALS SERVICE
BILLINGS, MT

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR-18-105-BLG-DLC |
| vs. | |
| STETSON LEE HINEBAUCH, | **WARRANT FOR ARREST** |
| Defendant. | |

FILED
AUG 3 0 2018
Clerk, U S District Court
District Of Montana
Billings

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest STETSON LEE HINEBAUCH and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with Prohibited Person In Possession Of Firearms in violation of Title 18 United States Code, Section 922(g)(1) and False Statement During Firearms Transaction in violation of Title 18 United States Code, Section 922(a)(6) Forfeiture Allegation.

Assigned to: Thomas Godfrey

_A. Carrillo_
A. Carrillo, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 16th day of August, 2018

| **RETURN** | | |
|---|---|---|
| **DATE RECEIVED:** | **LOCATION:** | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** 8/22/2018 | | *Rod Ostermiller* |
| **LOCATION:** BILLINGS, MT | | **UNITED STATES MARSHAL** |
| **BY:** #8543   **Deputy U.S. Marshal**  ON BEHALF OF ATF | | |