**THOMAS K. GODFREY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-60101**
**FAX: (406) 657-6989**
**E-mail: Thomas.Godfrey@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **STETSON LEE HINEBAUCH,** <br><br> **Defendant.** | **CR 18-105-BLG-DLC** <br><br> **UNITED STATES' DECLARATION REGARDING THE PRODUCTION OF DISCOVERY** |

The United States hereby declares that it has produced[1] all available electronic evidence to the defense, has verified that said evidence is in its original format, and ensured that defense counsel has been able to view the evidence.

---

[1] Certain evidence in this case is marked as "Sensitive Material" under Local Rule 16.4 for the protection of witnesses. Based on this designation, defense counsels

The United States further declares that a detailed index has been provided to the defense describing the evidence referenced in this disclosure. Defense counsel has confirmed that she is able to view the discovery and the United States further confirmed by viewing the discovery prior to sending.

DATED this 13th day of September, 2018.

KURT G. ALME
United States Attorney

*/s/ Thomas K. Godfrey*
Assistant U.S. Attorney
Attorney for Plaintiff

---

have been advised in the provided index that some material is "available for review" at the United States Attorney's Office in Billings, Montana.