Penelope S. Strong
PENELOPE STRONG LAW FIRM
2517 Montana Ave.
Billings, MT. 59101
Tel: 406-839-9220
Fax: 406-839-9221

ATTORNEY FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 18-105-BLG-DLC |
| Plaintiff, | ) | |
| | ) | **NOTICE OF INTENT TO** |
| v. | ) | **ASSERT DEFENSE OF** |
| | ) | **ENTRAPMENT BY** |
| STETSON LEE HINEBAUCH | ) | **ESTOPPEL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Defendant, Stetson Lee Hinebauch and by and though his attorney, pursuant to F.R.Crim. Pro 12.3, and hereby provides notice of his intent to assert a defense of entrapment by estoppel, as to Count I, of the Indictment, pursuant to Fifth Amendment of the U.S. Constitution, the Due Process Clause, and the case law authority of *U.S. v. Batterjee,* 361 F 3d 1210 ( 9th Cir. 2004 ).

The Defendant further states that the Bureau of Alcohol, Firearms, Tobacco and Explosives, is the law enforcement agency involved. Further, that the authorized agent of the federal government was the licensed firearms dealer, to wit,

1

First National Pawn and its designees and employees, at 635 Wicks Lane, Billings, MT.

The relevant time period during which this defense applies is approximately May 23, 2018, through June 27, 2018.

DATED this 30st day of November, 2018.

By:   /s/ Penelope S. Strong<br>
Penelope S. Strong<br>
Penelope Strong Law Firm<br>
Attorney for Defendant

# CERTIFICATE OF SERVICE

## L.R. 5.2 (b)

I hereby certify that on November 30, 2018, a copy of the above-entitled document was served by the following means:

    X  CM/ ECF
    ___ Hand Delivery

1. Clerk, U. S. District Court

2. Thomas Godfrey
   Assistant U.S. Attorney
   U.S. Attorney's Office
   2601 Second Ave. N., Suite 3200
   Billings, MT 59101

    By:   /s/ Penelope S. Strong
           Penelope S. Strong
           Penelope Strong Law Firm
           Attorney for Defendant