IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STETSON LEE HINBAUCH,<br><br>Defendants. | CR 18–105–BLG–DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 60.) Good cause appears to support the motion.

Accordingly, IT IS ORDERED that the forfeiture action in the above-captioned case is DISMISSED WITH PREJUDICE.

DATED this 23rd day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-